| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* § <br> MELESSA PONZIO and SHARON CLUBB, § <br> § <br> Plaintiffs, § <br> § <br> *versus* § <br> § <br> RABINTEX INDUSTRIES LTD., TENCATE § <br> ADVANCED ARMOR USA INC., d/b/a § <br> COMPOSIX, RABINTEX USA LLC, § <br> RABINTEX USA INC., OHIO ARMOR, § <br> LLC, ARMORSOURCE LLC, LAWRENCE § <br> J. DICKSON, DONALD L. BLAKE, YOAV § <br> KAPAH, SHACHAR BERNHARD, PAUL § <br> A. GARCIA, HUMBURTO DELEON, § <br> PAUL HOWELL, TROY MILLER, MARK § <br> TURNER, BRAD BEUS, RICK CARTER, § <br> HECTOR GONZALEZ, GARY VANN, § <br> ARMANDO POLOMO, REGGIE WRIGHT, § <br> RICHARD POWELL, TONEY BEVERLY, § <br> JEFFREY COTTON, and JOHN DOES #1-5, § <br> § <br> Defendants. § | CIVIL ACTION NO. 1:10-CV-588 |

**ORDER**

Having reviewed the case file and considered the nature of the proceeding, a status conference is set for **Monday, October 19, 2015, at 3:00 p.m.** Attorneys for the parties are ordered to be present and prepared to discuss the case and any ongoing settlement negotiations or agreements. The United States is ordered to have a representative present from the United States Department of Justice, Civil Division, who is capable of providing information related to the status and approval of any settlement negotiations or agreements in this case.

SIGNED at Beaumont, Texas, this 15th day of September, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE