IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| *ex rel.* MELESSA PONZIO and ) | | |
| SHARON CLUBB, ) | CIVIL No. 1:10-CV-588 | |
| ) | | |
| Plaintiffs, ) | | |
| ) | JUDGE MARCIA A. CRONE | |
| v. ) | | |
| ) | | |
| RABINTEX INDUSTRIES LTD., et al ) | | |
| ) | **UNSEALED** | |
| ) | | |
| Defendants. ) | | |

## UNITED STATES NOTICE OF PARTIAL INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States hereby partially intervenes in this action against defendant ArmorSource for the purpose of concluding a Settlement Agreement entered into between the United States, ArmorSource LLC ("ArmorSource") and Relators Melessa Ponzio and Sharon Duhon (formerly Clubb) on March 7, 2016.

Upon receipt by the United States of the initial payment required in Paragraph 1.a. of the parties' Settlement Agreement, the United States, ArmorSource and Relators will promptly sign and file in this action, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), a Stipulation of Dismissal of the Civil Action that shall be subject to the terms and conditions of the Settlement Agreement. The dismissal will be with prejudice to the United States' and Relators claims against ArmorSource for the Covered Conduct, as

defined in the Settlement Agreement, but otherwise without prejudice to the United States as to all other allegations and defendants.

        Respectfully submitted,

        BENJAMIN C. MIZER
        Principal Deputy Assistant Attorney General

        JOHN M. BALES
        United States Attorney

        */s/ Michael W. Lockhart*
        MICHAEL W. LOCKHART
        Assistant United States Attorney
        Texas Bar No. 12472200
        350 Magnolia Avenue, Suite 150
        Beaumont, Texas   77701-2237
        Tel:  (409) 839-2538
        Fax: (409) 839-2643
        Email: USATXE.CivECFBmt@usdoj.gov

        MICHAEL D. GRANSTON
        MICHAL TINGLE
        K.L. GRACE MOSELEY
        Attorneys, Civil Division
        Commercial Litigation Branch
        Post Office Box 261
        Ben Franklin Station
        Washington, D.C.  20044
        (202) 307-1183

Dated:  March 16, 2016

## CERTIFICATE OF SERVICE

I certify that on March 16, 2016, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the courts electronic filing system.

>*/s/ Michael W. Lockhart*
> MICHAEL W. LOCKHART
> Assistant United States Attorney