| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA, *ex rel.* §
MELESSA PONZIO and SHARON CLUBB, §
§
      Plaintiffs, §
§
*versus* §
§
RABINTEX INDUSTRIES LTD., TENCATE §
ADVANCED ARMOR USA INC., d/b/a §
COMPOSIX, RABINTEX USA LLC, §
RABINTEX USA INC., OHIO ARMOR, §
LLC, ARMORSOURCE LLC, LAWRENCE §     CIVIL ACTION NO. 1:10-CV-588
J. DICKSON, DONALD L. BLAKE, YOAV §
KAPAH, SHACHAR BERNHARD, PAUL §
A. GARCIA, HUMBURTO DELEON, §
PAUL HOWELL, TROY MILLER, MARK §
TURNER, BRAD BEUS, RICK CARTER, §
HECTOR GONZALEZ, GARY VANN, §
ARMANDO POLOMO, REGGIE WRIGHT, §
RICHARD POWELL, TONEY BEVERLY, §
JEFFREY COTTON, and JOHN DOES #1-5, §
§
      Defendants. §

**ORDER OF DISMISSAL**

    The court having been advised by counsel for the parties that an amicable settlement has been reached in this action and that final settlement papers are forthcoming, it is

    ORDERED that this case is dismissed on the merits without prejudice to the right of counsel of record to move for reinstatement within ninety (90) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act.

    Any outstanding motions are conditionally denied as moot pending final settlement papers. In the event this case is reinstated, counsel retains the responsibility to re-urge any motions

previously denied as moot. The parties are DIRECTED to file an agreed motion to dismiss and a proposed final judgment on or before April 15, 2016.

This court retains jurisdiction to enforce the settlement.

SIGNED at Beaumont, Texas, this 17th day of March, 2016.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE