| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MELESSA PONZIO and SHARON CLUBB, <br><br>Plaintiffs, <br><br>*versus* <br><br>RABINTEX INDUSTRIES LTD., TENCATE ADVANCED ARMOR USA INC., d/b/a COMPOSIX, RABINTEX USA LLC, RABINTEX USA INC., OHIO ARMOR, LLC, ARMORSOURCE LLC, LAWRENCE J. DICKSON, DONALD L. BLAKE, YOAV KAPAH, SHACHAR BERNHARD, PAUL A. GARCIA, HUMBURTO DELEON, PAUL HOWELL, TROY MILLER, MARK TURNER, BRAD BEUS, RICK CARTER, HECTOR GONZALEZ, GARY VANN, ARMANDO POLOMO, REGGIE WRIGHT, RICHARD POWELL, TONEY BEVERLY, JEFFREY COTTON, and JOHN DOES #1-5, <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 1:10-CV-588 |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (#35), filed April 5, 2016, and the terms and conditions of the parties' Settlement Agreement, effective March 7, 2016, this action is dismissed as follows:

(1) The claims of the United States and Relators against ArmorSource for the Covered Conduct, as the term is defined in the Settlement Agreement, are dismissed with prejudice;

(2) Realtors' claims against ArmorSource for conduct other than the Covered Conduct are dismissed with prejudice, including Relators' claim for reasonable attorney's fees and costs under 31 U.S.C. § 3720(d);

(3) The United States' claims against ArmorSource for conduct other than the Covered Conduct are dismissed without prejudice;

(4) Relators' claims against defendants other than ArmorSource are dismissed with prejudice; and

(5) Any claims by the United States against defendants other than ArmorSource are dismissed without prejudice.

Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 6th day of April, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE